# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| VELIA CASTANEDA, individually, and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHILLY WATER, LLC, D/B/A THE BRICKHOUSE SPORTS CAFE, )<br><br>Defendant. ) | **Civil Case No. 5:20-cv-00820-LCB** |

## JOINT MOTION FOR SUBMISSION OF SETTLEMENT AGREEMENT IN CAMERA

Defendant Chilly Water, LLC d/b/a The Brickhouse Sports Café ("Defendant" or "Chilly Water") and Plaintiff Velia Castaneda ("Plaintiff") have reached a settlement. Given the nature of the claims and the settlement, the Parties respectfully request that the Court permit the submission of their confidential settlement agreement in camera for Court review in connection with their motion for approval of the settlement. In support, the Parties state as follows:

Plaintiff asserts FLSA minimum wage and overtime claims (Count I), and claims under Title VII of the Civil Rights Act of 1964 (Title VII) and the Pregnancy Discrimination Act (PDA) (Count II). Settlement of all claims was a condition of the parties' ability to reach a settlement.

The FLSA claims relate to a period under Defendant's prior management when Plaintiff says she worked off-the-clock at the direction of, or with the knowledge of, a prior manager or managers, against company policy. Although the parties must seek Court approval for settlement of the FLSA claims; the settlement also contains specific consideration for Plaintiff's non-FLSA claims, including her termination claim. Given the isolated nature of the FLSA allegations, the non-FLSA claims asserted and the fact that settlement of all claims is an important part of the settlement, the settlement agreement contains confidentiality terms not typically present in cases that, unlike this one, involve only FLSA claims.

The parties seek permission to submit a copy of their settlement agreement to the Court for review in camera. Courts in this federal district have previously found that in camera review of settlement agreements may be appropriate in situations where a case also involves claims which do not require court approval and thus could remain confidential and where confidentiality is also warranted because the allegations center on the actions of a former supervisor of the company and thus involve an isolated situation. *See e.g.*, *Hardy v. Mid-South Bells, LLC*, 2016 WL 6395361 (N.D. Ala. 2016).

For these reasons, the parties respectfully request that the Court permit submission of their settlement agreement in camera for the Court's review.

Respectfully submitted,

*/s/ Eric J. Artrip* (with permission)
Eric J. Artrip
Teresa Ryder Mastando
MASTANDO & ARTRIP LLC
301 Washington Street, Suite 302
Huntsville, Alabama 35801
Telephone: (256) 532-2222
Email: artrip@mastandoartrip.com
Email: teri@mastandoartrip.com
*Attorneys for the Plaintiff*

*/s/ T. Matthew Miller*
T. Matthew Miller (ASB-2129-I66T)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Email: mmiller@bradley.com
*Attorney for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Eric J. Artrip
> Teresa Ryder Mastando
> MASTANDO & ARTRIP LLC
> 301 Washington Street, Suite 302
> Huntsville, Alabama 35801
> Email: artrip@mastandoartrip.com
> Email: teri@mastandoartrip.com
> *Attorneys for the Plaintiff*

> T. Matthew Miller
> Bradley Arant Boult Cummings LLP
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2119
> mmiller@bradley.com
> cbond@bradley.com
> *Attorney for the Defendant*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None.

*/s/ T. Matthew Miller*
OF COUNSEL FOR DEFENDANT
