FILED
2021 Aug-27 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **VELIA CASTANEDA,** *individually,* *and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiffs, | ) ) Case No.: 5:20-cv-0820-LCB |
| v. | ) ) ) |
| **CHILLY WATER, LLC,** | ) |
| Defendant. | |

## ORDER

The parties have notified the Court that this case has been resolved by settlement. Because the case involves claims asserted under the Fair Labor Standards Act ("FLSA"), any settlement must be reviewed and approved by the Court. On May 27, 2021, the parties filed a Joint Motion for Submission of Settlement Agreement In Camera in which they sought permission to submit "their confidential settlement agreement in camera for Court review in connection with their motion for approval of the settlement." (Doc. 14, p. 1). The Court granted that motion insofar as it requested permission to submit the settlement under seal. (Doc. 17). On June 14, 2021, the parties filed a copy of their settlement agreement under seal. (Doc. 18). Having reviewed the agreement *in camera*, the Court finds it appropriate to allow the agreement to remain confidential. The case is hybrid in

nature and involves non-FLSA claims that could otherwise remain confidential. Given the parties' assertion that confidentiality was an important factor in the settlement negotiations, the Court will allow the agreement to remain sealed.

The Court also construes the parties' Joint Motion for Submission of Settlement Agreement In Camera (Doc. 14) as a motion to approve their settlement as it relates to the Plaintiff's FLSA claims. Upon careful consideration of the terms of the parties' settlement and release, the Court is satisfied that the parties have reached a fair and reasonable resolution of plaintiff's claims. Accordingly, the motion for approval of settlement is **GRANTED**, and the settlement is **APPROVED**. Costs are taxed as paid, and the Clerk is further directed to close this file.

**DONE** and **ORDERED** August 27, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE